**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert M. Cole                                                   CHAPTER 13
                    Debtor(s)

                                                                                          BKY. NO. 20-11713 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Citibank, N.A., as trustee for CMLTI Asset Trust and index same on the master mailing list.

                                                Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
15 Mar 2021, 11:29:49, EDT

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322