| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-11713-PMM

Robert M. Cole
3021 Penn Allen Road
Nazareth  PA    18064

Petition Filed Date: 03/20/2020
341 Hearing Date: 06/02/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/29/2020 | $100.00 | 19090402810 | 07/29/2020 | $100.00 | 19102953954 | 09/01/2020 | $100.00 | 19168068448 |
| 09/22/2020 | $100.00 | 19168068695 | 10/30/2020 | $100.00 | 19168069090 | 12/10/2020 | $100.00 | 19128798793 |
| 12/29/2020 | $200.00 | 19128799058 | 02/02/2021 | $200.00 | 19207323405 | 03/03/2021 | $200.00 | 19207323715 |
| 03/30/2021 | $200.00 | 19236094438 | 05/04/2021 | $202.00 | 19262838467 | 06/04/2021 | $210.00 | 19262838780 |

**Total Receipts for the Period: $1,812.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,812.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert M. Cole | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $1,866.52 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $4,177.54 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $2,514.23 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,469.29 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,339.26 | $0.00 | $0.00 |
| 6 | CITIZENS BANK NA<br>»» 006 | Secured Creditors | $520.14 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,112.93 | $0.00 | $0.00 |
| 8 | BECKET & LEE, LLP<br>»» 008 | Unsecured Creditors | $2,992.77 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $4,728.09 | $0.00 | $0.00 |
| 10 | NEWREZ LLC  D/B/A<br>»» 010 | Mortgage Arrears | $2,066.20 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $1,829.59 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $5,197.06 | $0.00 | $0.00 |
| 13 | FAY SERVICING LLC<br>»» 013 | Ongoing Mortgage | $9,747.20 | $0.00 | $0.00 |
| 14 | OLIPHANT USA, LLC<br>»» 014 | Unsecured Creditors | $1,424.91 | $0.00 | $0.00 |
| 0 | DAVID S GELLERT, ESQ | Attorney Fees | $3,000.00 | $0.00 | $3,000.00 |

**Chapter 13 Case No. 20-11713-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,812.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $88.00 |
| Paid to Trustee: | $151.20 | Total Plan Base: | $12,825.00 |
| Funds on Hand: | $1,660.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.