United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-11713-pmm
Robert M. Cole Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2
Date Rcvd: Jun 22, 2021 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert M. Cole, 3021 Penn Allen Road, Nazareth, PA 18064-8941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

**Name**      **Email Address**

BRANDON DONALD PACK
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bpack@rasnj.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust cwohlrab@raslg.com

DAVID S. GELLERT
    on behalf of Debtor Robert M. Cole dsgatn@rcn.com r46641@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor United Asset Management LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert M. Cole <br>       <u>Debtor(s)</u> | CHAPTER 13 |
| United Asset Management, LLC <br>       <u>Movant</u> <br> vs. | NO. 20-11713 PMM |
| Robert M. Cole <br>       <u>Debtor(s)</u> | |
| Scott F. Waterman <br>       <u>Trustee</u> | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Movant[1] holds a secured claim on the Property located at 3021 Penn Allen Road, Nazareth, PA 18064 in the amount of $9,474.20.

2. Movant's claim matures during the course of Debtor's bankruptcy, so Debtor intends to pay the total debt in full over the course of the bankruptcy plan at 6.5% interest for a total of $11,443.00.

3. In the event that Debtor's Plan is not confirmed prior to July 15, 2021, Debtor and Movant agree that the Chapter 13 Trustee is authorized to make pre-confirmation disbursements to Movant in the amount of $238.56, to the address listed in Movant's filed Proof of Claim, beginning with the disbursement immediately following July 15, 2021.

4. Any disbursements received by Movant shall be applied towards Movant's total debt claim.

---

[1] The underlying claim, Claim 13-1, has recently been transferred, and Movant is concurrently in the process of filing a Transfer of Claim to the new Movant.

5. In the event that Debtor fails to file an Amended Plan on or before June 20, 2021, with the terms stated in Section 2, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

6. Additionally, Movant may contact Debtor via telephone or written correspondence to discuss potential forbearance agreements, loan modifications, refinance agreements or other loan workout/loss mitigation agreements without these communications being a violation of the automatic stay.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. If the case is converted to Chapter 7, the Movant may file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date: June 10, 2021

/s/Rebecca A. Solarz Esq.
Rebecca A. Solarz Esq.
Attorney for Movant

Date: 6/13/2021

David S. Gellert Esq.
Attorney for Debtor(s)

Date: 6/16/21

Scott Waterman Esq.
Chapter 13 Trustee

Approved by the Court this 22nd day of June, 2021. However, the court retains discretion regarding entry of any further order.

**Date: June 22, 2021**

_Patricia M. Mayer_
Bankruptcy Judge
Patricia M. Mayer