United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                       Case No. 20-11713-pmm
Robert M. Cole                                                                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                      User: admin                                         Page 1 of 2
Date Rcvd: Jul 15, 2021                              Form ID: 155                                     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M. Cole, 3021 Penn Allen Road, Nazareth, PA 18064-8941 |
| 14506562 | + | CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14504025 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14489540 | | CitiBank, NA, c/o Darrelyn Thomas, Robertson, Anshutz, Schneid & Crane LLC, 10700 Abott's Ford Road, Suite 170, Duluth, GA 30097 |
| 14489301 | + | Citibank, N.A., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14590515 | + | Citibank, N.A., as trustee for CMLTI Asset Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14590655 | + | Citibank, NA, c/o Rebecca Solarz, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14486143 | + | D&A Services KKC, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14486145 | + | Ditech Financial LLC, 332 Minnesota Street, Saint Paul, MN 55101-1314 |
| 14486146 | + | ERC, P.O. Box 1259, Oaks, PA 19456-1259 |
| 14486147 | + | Fay Servicing, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14486148 | + | Financial Recoveries, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14486149 | + | First National Bank of Omaha, P.O. Box 2490, Omaha, NE 68103-2490 |
| 14486152 | | Midland Credit Management, 1315 Aero Drive, San Diego, CA 92123 |
| 14505408 | + | NewRez LLC D/B/A Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 14506647 | + | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14488165 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14614374 | + | United Asset Management, LLC, C/O FCI Lender Services, Inc., PO BOX 27370, Anaheim Hills, California 92809-0112 |
| 14486155 | + | WebBank, Prosper Marketplace Inc., 101 Second Street, 15th Floor, San Francisco, CA 94105-3672 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14486139 | + | Email/Text: legal@arsnational.com | Jul 15 2021 23:21:00 | ARS National Services, P.O. Box 469100, Escondido, CA 92046-9100 |
| 14492353 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 15 2021 23:21:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14486141 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 15 2021 23:21:00 | Citizens One, Consumer Loan Servicing, JCB210, P.O. Box 42033, Providence, RI 02940 |
| 14486142 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2021 23:31:48 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14486144 | | Email/Text: mrdiscen@discover.com | Jul 15 2021 23:21:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14488857 | | Email/Text: mrdiscen@discover.com | Jul 15 2021 23:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14505714 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 15 2021 23:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14486140 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 15 2021 23:31:50 | BP, P.O. Box 15298, Wilmington, DE 19850 |
| 14486150 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 20-11713-pmm    Doc 64    Filed 07/17/21    Entered 07/18/21 00:33:36    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: 155 | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| | | Jul 15 2021 23:21:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14490859 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2021 23:31:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14486151 | + Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 23:31:46 | Lowe's, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14504027 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2021 23:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14496051 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2021 23:31:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14486153 | Email/Text: bankruptcy@td.com | Jul 15 2021 23:21:00 | TD Bank, P.O. Box 219, Lewiston, ME 04243 |
| 14486154 | + Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 23:31:46 | WalMart, P.O. Box 981416, El Paso, TX 79998-1416 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust cwohlrab@raslg.com |
| DAVID S. GELLERT | on behalf of Debtor Robert M. Cole dsgatn@rcn.com  r46641@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor United Asset Management  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert M. Cole
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−11713−pmm

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 15th day of July 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

61 − 49
Form 155