**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                      CASE NO.: 20-11713-pmm
                                                                              CHAPTER 13

**Robert M. Cole**

         **Debtor**

_____/

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

     **PLEASE TAKE NOTICE THAT**, on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Objection to Confirmation of Plan (Doc.: 16), filed on April 28, 2020.**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             130 Clinton Road, Suite 202,
                                             Fairfield, NJ 07004
                                             Telephone: 470-321-7112

                                             By: /s/Charles Wohlrab
                                             Charles Wohlrab, Esq.
                                             Email: CWohlrab@raslg.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:  CASE NO.: 20-11713-pmm
Robert M. Cole  CHAPTER 13

**Debtor**

_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Robert M. Cole
3021 Penn Allen Road
Nazareth, PA 18064

And via electronic mail to:

DAVID S. GELLERT
David S. Gellert PC
1244 W. Hamilton Street
Suite 204
Allentown, PA 18102

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office Of United States Trustee
200 Chestnut Street
Suite 502

Philadelphia, PA 19106

By: /s/ Jennifer Tobon
Jennifer Tobon
Email: jtobon@raslg.com