**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| ROBERT M. COLE, | : | Bankruptcy No. 20-11713 PMM |
| | : | Chapter 13 |
| Debtor(s) | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 9th day of August 2021, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated July 16, 2021 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expenses has been filed.

s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102
dsgatn@rcn.com