United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11713-pmm |
| Robert M. Cole | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert M. Cole, 3021 Penn Allen Road, Nazareth, PA 18064-8941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust cwohlrab@raslg.com |
| DAVID S. GELLERT | on behalf of Debtor Robert M. Cole dsgatn@rcn.com  r46641@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor United Asset Management  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert M. Cole <br> *Debtor(s)* | CHAPTER 13 |
| United Asset Management, LLC <br> *Secured Creditor* <br> vs. | NO. 20-11713 PMM |
| Robert M. Cole <br> *Debtor(s)* | |
| Scott F. Waterman <br> *Trustee* | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. United Asset Management, LLC (hereinafter referred to as "Secured Creditor"), through its predecessor, filed a secured Proof of Claim, Number 13, on May 28, 2020 with a total claim of $9,747.20.

2. Secured Creditor's Proof of Claim is secured by the Property located at 3021 Penn Allen Road, Nazareth, PA 18064.

3. Secured Creditor and Debtor (hereinafter referred to as "the Parties") hereby agree upon the following:

   a. Secured Creditor shall offer Debtor a loan modification, a copy of which is attached hereto as Exhibit A.

   b. In exchange for the loan modification, Debtor agrees that the automatic stay as to Secured Creditor, and its successors and assigns, shall be vacated.

   c. Court approval of this Stipulation shall constitute court approval of the attached loan modification.

    d. Upon Court approval of this Stipulation, the automatic stay shall be lifted as to Secured Creditor, and its successors and assigns.

    e. Final completion of the loan modification is dependent upon court approval of this stipulation.

    f. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    g. Secured Creditor's loan shall be excepted from and not included in any discharge entered in this underlying bankruptcy.

    h. Upon Court approval of this Stipulation and corresponding Loan Modification Agreement, the Chapter 13 Trustee shall stop all disbursements on Secured Creditor's Proof of Claim.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 23, 2021

/s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Secured Creditor

Date: 9/26/2021

David S. Gellert Esq.
Attorney for Debtor(s)

Date: 9/28/2021

Scott F. Waterman, Esq.
Chapter 13 Trustee

Approved by the Court this 30th day of September, 2021. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Patricia M. Mayer Judge