# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| ROBERT M. COLE | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 20-11713 PMM |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW,** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (Doc. #72, the "Motion");

It is hereby **ORDERED** that:

1) The Motion is **GRANTED**; and

2) The Modified Plan (Doc. #80) is **APPROVED**.

Date: _____

Patricia M. Mayer
United States Bankruptcy Judge