# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     ROBERT M. COLE | : | Chapter 13 |
| | : | |
|     Debtor | : | Bankruptcy No. 20-11713 PMM |

## **CERTIFICATION OF NO ANSWER**

AND NOW, this 30th day of March, 2022, David S. Gellert, Esquire, attorney for the above-captioned Debtor, hereby certifies that no answer was filed or served on him with respect to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtor's Motion to Amend Chapter 13 Plan After Confirmation.

                                                                      s/ David S. Gellert
                                                               David S. Gellert, Esquire
                                                               David S. Gellert, P.C.
                                                               3506 Perkiomen Avenue
                                                               Reading, PA 19606
                                                               (610) 779-8000
                                                               Fax: (610) 370-1393
                                                               dsgrdg@ptdprolog.net