United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert M. Cole  
    Debtor

Case No. 20-11713-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 2

Date Rcvd: Mar 31, 2022          Form ID: pdf900          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Robert M. Cole, 3021 Penn Allen Road, Nazareth, PA 18064-8941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRANDON DONALD PACK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust cwohlrab@raslg.com |
| DAVID S. GELLERT | on behalf of Debtor Robert M. Cole dsgrdg@ptdprolog.net |
| REBECCA ANN SOLARZ | on behalf of Creditor United Asset Management  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

District/off: 0313-4
Date Rcvd: Mar 31, 2022

User: admin
Form ID: pdf900

Page 2 of 2
Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Robert M. Cole,** | : | **Chapter 13** |
| | : | |
| | : | **Case No.  20-11713 (PMM)** |
| | : | |
| **Debtor.** | : | |

---------------------------------------------------

### ORDER GRANTING MOTION TO MODIFY PLAN

    **AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan

(doc. # 72, the "Motion");

    71 is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 80) is **approved**.


**Date:  3/31/22**

               *Patricia M. Mayer*

               _____
               **PATRICIA M. MAYER**
               **U.S. BANKRUPTCY JUDGE**