# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    ROBERT M. COLE                        :        Chapter 13
                                            :
    Debtor                                  :        Bankruptcy No. 20-11713 PMM

## CERTIFICATION OF NO OBJECTION

AND NOW, this 25th day of April, 2022, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated April 1, 2022 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor.

                                                          s/   David S. Gellert
                                                          David S. Gellert, Esquire
                                                          David S. Gellert, P.C.
                                                          3506 Perkiomen Avenue
                                                          Reading, PA 19606
                                                          (610) 779-8000
                                                          Fax: (610) 370-1393
                                                          dsgrdg@ptdprolog.net