| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-11713-PMM**

Robert M. Cole  
3021 Penn Allen Road  
Nazareth  PA    18064

Petition Filed Date: 03/20/2020  
341 Hearing Date: 06/02/2020  
Confirmation Date: 07/15/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2021 | $202.00 | 19262838467 | 06/04/2021 | $210.00 | 19262838780 | 07/07/2021 | $350.00 | 19262839080 |
| 08/25/2021 | $350.00 | 19295432894 | 09/29/2021 | $350.00 | 19236094887 | 11/02/2021 | $350.00 | 19003477206 |
| 11/30/2021 | $350.00 | 19003477523 | 01/06/2022 | $350.00 | 19003477867 | 01/31/2022 | $150.00 | 19346649734 |
| 03/01/2022 | $150.00 | 19346650012 | 03/29/2022 | $150.00 | 19346650355 | 05/04/2022 | $150.00 | 1803958002 |
| 06/07/2022 | $150.00 | 19371870233 | 07/07/2022 | $150.00 | 19396044160 | 08/03/2022 | $150.00 | 19396044437 |

**Total Receipts for the Period: $3,562.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,962.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $1,866.52 | $0.00 | $1,866.52 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $4,177.54 | $0.00 | $4,177.54 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $2,514.23 | $0.00 | $2,514.23 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,469.29 | $0.00 | $2,469.29 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,339.26 | $0.00 | $1,339.26 |
| 6 | CITIZENS BANK NA<br>»» 006 | Secured Creditors | $520.14 | $0.00 | $520.14 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,112.93 | $0.00 | $2,112.93 |
| 8 | BECKET & LEE, LLP<br>»» 008 | Unsecured Creditors | $2,992.77 | $0.00 | $2,992.77 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $4,728.09 | $0.00 | $4,728.09 |
| 10 | NEWREZ LLC  D/B/A<br>»» 010 | Mortgage Arrears | $2,066.20 | $30.94 | $2,035.26 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $1,829.59 | $0.00 | $1,829.59 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $5,197.06 | $0.00 | $5,197.06 |
| 13 | FCI LENDER SERVICES INC<br>»» 013 | Ongoing Mortgage | $477.12 | $477.12 | $0.00 |
| 14 | OLIPHANT USA, LLC<br>»» 014 | Unsecured Creditors | $1,424.91 | $0.00 | $1,424.91 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $2,786.75 | $2,786.75 | $0.00 |

| 0 | DAVID S GELLERT ESQ | Attorney Fees | $1,097.20 | $1,097.20 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,962.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $4,392.01 | Arrearages: | $0.00 |
| Paid to Trustee: | $424.20 | Total Plan Base: | $7,962.00 |
| Funds on Hand: | $145.79 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.