United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-11713-pmm

Robert M. Cole                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M. Cole, 3021 Penn Allen Road, Nazareth, PA 18064-8941 |
| 14506562 | + | CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14489540 | | CitiBank, NA, c/o Darrelyn Thomas, Robertson, Anshutz, Schneid & Crane LLC, 10700 Abott's Ford Road, Suite 170, Duluth, GA 30097 |
| 14590655 | + | Citibank, NA, c/o Rebecca Solarz, Esq., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14486143 | + | D&A Services KKC, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14486145 | + | Ditech Financial LLC, 332 Minnesota Street, Saint Paul, MN 55101-1314 |
| 14486148 | + | Financial Recoveries, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14486152 | | Midland Credit Management, 1315 Aero Drive, San Diego, CA 92123 |
| 14486155 | + | WebBank, Prosper Marketplace Inc., 101 Second Street, 15th Floor, San Francisco, CA 94105-3672 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 24 2024 23:47:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2024 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14486139 | + | Email/Text: legal@arsnational.com | Apr 24 2024 23:47:00 | ARS National Services, P.O. Box 469100, Escondido, CA 92046-9100 |
| 14492353 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 24 2024 23:47:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14486141 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 24 2024 23:47:00 | Citizens One, Consumer Loan Servicing, JCB210, P.O. Box 42033, Providence, RI 02940 |
| 14504025 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 00:05:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14489301 | + | Email/Text: RASEBN@raslg.com | Apr 24 2024 23:47:00 | Citibank, N.A., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14590515 | ^ | MEBN | Apr 24 2024 23:46:01 | Citibank, N.A., as trustee for CMLTI Asset Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14486142 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2024 23:51:07 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14486144 | | Email/Text: mrdiscen@discover.com | Apr 24 2024 23:47:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14666869 | + | Email/Text: dsgrdg@ptdprolog.net | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 37

| | | | |
|---|---|---|---|
| | | Apr 24 2024 23:47:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14488857 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 24 2024 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14486146 | ^ MEBN | | |
| 14486147 | Email/Text: ECF@fayservicing.com | Apr 24 2024 23:45:55 | ERC, P.O. Box 1259, Oaks, PA 19456-1259 |
| | | Apr 24 2024 23:47:00 | Fay Servicing, P.O. Box 619063, Dallas, TX 75261 |
| 14488165 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Apr 24 2024 23:47:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14486149 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Apr 24 2024 23:47:00 | First National Bank of Omaha, P.O. Box 2490, Omaha, NE 68103 |
| 14505714 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Apr 24 2024 23:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14486140 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 25 2024 00:03:50 | BP, P.O. Box 15298, Wilmington, DE 19850 |
| 14486150 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Apr 24 2024 23:47:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14490859 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 24 2024 23:51:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14486151 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 24 2024 23:51:33 | Lowe's, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14504027 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Apr 24 2024 23:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14505408 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | Apr 24 2024 23:47:00 | NewRez LLC D/B/A Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 14506647 | + Email/Text: bnc@bass-associates.com | | |
| | | Apr 24 2024 23:47:00 | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14496051 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 24 2024 23:51:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14486153 | Email/Text: bankruptcy@td.com | | |
| | | Apr 24 2024 23:47:00 | TD Bank, P.O. Box 219, Lewiston, ME 04243 |
| 14614374 | + Email/Text: LMitchell@myfci.com | | |
| | | Apr 24 2024 23:47:00 | United Asset Management, LLC, C/O FCI Lender Services, Inc., PO BOX 27370, Anaheim Hills, California 92809-0112 |
| 14486154 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 25 2024 00:04:00 | WalMart, P.O. Box 981416, El Paso, TX 79998-1416 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14622998 | ##+ | David S. Gellert, Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bpack@rasnj.com |
| DAVID S. GELLERT | on behalf of Debtor Robert M. Cole dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor United Asset Management  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Robert M. Cole

          Debtor(s)

Case No: 20−11713−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/24/24

101 − 99
Form 138OBJ