United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11713-pmm |
| Robert M. Cole | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 09, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14505408 | + Email/Text: mtgbk@shellpointmtg.com | May 09 2024 23:37:00 | NewRez LLC D/B/A Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:

**Name**             **Email Address**

BRANDON DONALD PACK
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bpack@rasnj.com

DAVID S. GELLERT
    on behalf of Debtor Robert M. Cole dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
    on behalf of Creditor United Asset Management  LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com

MICHELLE L. MCGOWAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 09, 2024 | Form ID: trc | Total Noticed: 1

MICHELLE L. MCGOWAN
    on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-11713-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert M. Cole
3021 Penn Allen Road
Nazareth PA 18064

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/08/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: NewRez LLC D/B/A Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, South Carolina 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/11/24

Tim McGrath
**CLERK OF THE COURT**