United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                   Case No. 20-11713-pmm

Robert M. Cole                                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                   User: admin                                      Page 1 of 2

Date Rcvd: Jul 16, 2024                          Form ID: 195                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

**Recip ID             Recipient Name and Address**
db                   +   Robert M. Cole, 3021 Penn Allen Road, Nazareth, PA 18064-8941

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2024                                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

**Name                              Email Address**

BRANDON DONALD PACK
                               on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bpack@rasnj.com

DAVID S. GELLERT
                               on behalf of Debtor Robert M. Cole dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
                               on behalf of Creditor United Asset Management  LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                               on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com

MICHELLE L. MCGOWAN
                               on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

MICHELLE L. MCGOWAN
                               on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust mimcgowan@raslg.com

District/off: 0313-4                              User: admin                              Page 2 of 2

Date Rcvd: Jul 16, 2024                     Form ID: 195                              Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                              : Chapter 13

Robert M. Cole                                      : Case No. 20−11713−pmm
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , July 16, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

112
Form 195